# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| Summers Manufacturing Company, Inc., | ) ) | Civil Action No. 4:17-cv-00186-RGE-CFB<br>Judge Rebecca G. Ebinger |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATED DISMISSAL** |
| Tri-County Ag, LLC,<br>Tri-County Iron, LLC, | ) ) ) ) | |
| Defendants. | ) | |

TO THE HONORABLE REBECCA G. EBINGER AND THE CLERK OF THE COURT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Summers Manufacturing Company, Inc., and Defendants Tri-County Ag, LLC and Tri-County, LLC (collectively, the "Parties"), stipulate as follows:

1. WHEREAS, during settlement negotiations, the Parties reached a binding agreement to settle and dismiss the entirety of the present action in consideration of negotiated terms.

2. WHEREAS, the Parties agree that the U.S. District Court in the Southern District of Iowa shall retain jurisdiction of any action to enforce and/or interpret the terms of the settlement agreement, including, with her approval, the Hon. Rebecca G. Ebinger.

3. NOW, THEREFORE, the Parties, by and through their respective counsel,

hereby stipulate and agree to the dismissal of this action with prejudice, including all claims and counterclaims stated herein against any and all parties, with each party bearing its own attorney's fees and costs.

Date: January 23, 2018 /s/ Edward K. Runyan

Edward K. Runyan
edward@neustel.com (pro hac vice)
Chad E. Ziegler (pro hac vice)
chad@neustel.com
Michael S. Neustel (pro hac vice)
michael@neustel.com
NEUSTEL LAW OFFICES LTD
2534 South University Drive, Suite No. 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822
Facsimile: (701) 237-0544

Attorneys for Plaintiff
Summers Manufacturing Company, Inc.


/s/ Jeffrey D. Harty

Jeffrey D. Harty
David T. Bower
NYEMASTER GOODE, P.C.
700 Walnut, Ste. 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-8045
Email: jharty@nyemaster.com
         dbower@nyemaster.com

Attorneys for Defendants
Tri-County Ag, LLC and
Tri-County Iron, LLC.